■ JOAN LOPEZ, as Administratrix of the Estate of WILLIAM LOPEZ, Deceased, Respondent, v. MARIE YANNOTTI, as Administratrix of the Estate of SALVATORE YANNOTTI, Also Known as STEVEN ROMAN, Deceased, Appellant. (Action No. 1.) MARIE YANNOTTI, as Administratrix of the Estate of SALVATORE YANNOTTI, Deceased, Appellant, v. SADIE LOPEZ, Respondent. (Action No. 2.) ANGELINA PINELLI, Respondent, v. SADIE LOPEZ et al., Defendants, and MARIE YANNOTTI, as Administratrix of the Estate of SALVATORE YANNOTTI, Deceased, Appellant. (Action No. 3.) — Motion by plaintiff in Action No. 1

to resettle order dated October 11, 1965, granted. Order resettled, and decision of same date amended, by inserting after the decretal paragraph in each the following: "This determination is made upon the law; questions of fact have not been considered". Beldock, P. J., Ughetta, Rabin, Hopkins and Benjamin, JJ., concur.